16-90n-01(JGn)

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2016 JUL 8 PM 3 13
U.S. DISTRICT COURT
NEW HAVEN, CT

United States of America
v.
CHRISTOPHER STEVENS

Case No.

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHRISTOPHER STEVENS (dob ##/##/1991)

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute and distribution of a mixture and substance containing a detectable amount of heroin and/or fentanyl in violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(C)

Date: 07/05/2016

/s/ Judge Joan G. Margolis
*Issuing officer's signature*

City and state: NEW HAVEN, CONNECTICUT

JOAN G. MARGOLIS, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 07-05-16, and the person was arrested on *(date)* 07-07-16
at *(city and state)* East Lyme, CT

Date: 07-08-16

*Arresting officer's signature*

Colin Lacey    Task Force Officer
*Printed name and title*